McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

OCT 09 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR PENA<br><br>Defendants. | CASE NO. 1:19-MJ-00191-BAM<br><br>MOTION AND ORDER TO UNSEAL ARREST WARRANT |

The Arrest Warrant in this case, having been sealed by Order of the Court on October 7, 2019, and it appears that it no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jessica A. Massey, Assistant United States Attorney, hereby moves that the Arrest Warrant in this case be unsealed and made public record. The United States does not seek to unseal the Criminal Complaint and Affidavit in this case.

///

///

///

1  Dated:  October 8, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Jessica A. Massey
By: _____
JESSICA A. MASSEY
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CESAR PENA<br><br>                Defendants. | CASE NO.  1:19-MJ-00191-BAM<br><br>ORDER TO UNSEAL ARREST WARRANT |
|---|---|

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Arrest Warrant filed on October 7, 2019, be unsealed and become public record.

DATED: 10/9/19

_____
HON. BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE