MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
CESAR PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CESAR PENA,<br><br>　　　　Defendant. | Case No.　　1:19-CR-00260-LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

By previous order this matter is scheduled for a status conference on January 21, 2020. The United States of America has discovered many hours of audio and video recordings in addition to written reports and defense counsel's review of the information is continuing. Additionally counsel have only just begun to initiate plea discussions.

Because the defense is continuing to review the discovery in this matter, and plea negotiations are expected to continue, the parties, through their respective attorneys, stipulate that the status conference be continued to Monday March 30, 2020.

In particular the parties do agree and stipulate as follows, and request the Court make these findings:

1.　　Counsel for defendant requires additional time to review the discovery and

to conduct research related to the charges;

2. The United States does not object to the continuance;

3. The ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act;

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the time period of January 21, 2020 to March 30, 2020, inclusive, is excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. These findings do not preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: January 14, 2020           McGREGOR W. SCOTT
                                  United States Attorney

                                      s/Jessica Massey, by authorization
                                      JESSICA MASSEY
                                      Assistant United States Attorney


DATED: January 14, 2020

                            By:   s/ Michael McKneely
                                  MICHAEL McKNEELY
                                  Attorneys for Cesar Pena


**ORDER**

IT IS SO ORDERED.

Dated: **January 15, 2020**           /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150