McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>CESAR PENA,<br><br>                    Defendants. | CASE NO. 1:19-CR-00260-NONE-SKO<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: March 30, 2020<br>TIME: 1:00p.m.<br>COURT: Hon. Sheila K. Oberto |

## **STIPULATION**

By previous order this matter is scheduled for a status conference on March 30, 2020. The United States of America has discovered many hours of audio and video recordings in addition to written reports and defense counsel's review of the information is continuing. Additionally counsel have only just begun to initiate plea discussions.

Because the defense is continuing to review the discovery in this matter, and plea negotiations are expected to continue, the parties, through their respective attorneys, stipulate that the status conference be continued to Monday, May 18, 2020.

In particular the parties do agree and stipulate as follows, and request the Court make these findings:

1. Counsel for defendant requires additional time to review the discovery and to conduct research related to the charges;

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE

1

2. The United States does not object to the continuance;

3. The ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act;

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the time period of March 30, 2020, to May 18, 2020, inclusive, is excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. These findings do not preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: February 24, 2020      McGREGOR W. SCOTT
United States Attorney

s/Jessica Massey
JESSICA MASSEY
Assistant United States Attorney

DATED: February 24, 2020

By: s/ Michael McKneely
MICHAEL McKNEELY
Attorneys for Cesar Pena

IT IS SO ORDERED.

Dated: **February 25, 2020**      /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE