MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
CESAR PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:19-cr-00260-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND CALENDAR A CHANGE OF PLEA HEARING** |
| v. | |
| CESAR PENA, | |
| Defendant. | |

## STIPULATION

This matter is currently scheduled for a status conference on October 19, 2020 at 2:00 p.m. before the Honorable Sheila Oberto. Counsel and the Defendant now desire to vacate this scheduling conference and instead calendar the matter for plea hearing on October 2, 2020 at 10:00 a.m. before United States District Court Judge Dale Drozd. Time has previously been excluded through October 19, 2020, but the parties continue to agree that time under the Speedy Trial Act shall be excluded through October 2, 2020, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

////

////

| | | |
|---|---|---|
| 1 | DATED: August 21, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | s/ Jessica A. Massey (by authorization)<br>JESSICA A. MASSEY |
| 4 | | Assistant United States Attorney |

DATED: August 21, 2020

By:  s/ Michael McKneely
MICHAEL McKNEELY
Attorney for Cesar Pena

**ORDER**

IT IS SO ORDERED.

Dated:  **August 24, 2020**

_____
UNITED STATES DISTRICT JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Stipulation And Proposed Order To Vacate Status Conference And Calendar A Change Of Plea Hearing         -2-